# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS PAVING CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ERIKA D. BALLOU, DISTRICT JUDGE,
Respondents,
  and
RICHARD T. BARNES; LINDA
BARNES-KEPLER; MICHAEL CALL,
AS SPECIAL ADMINISTRATOR OF
THE ESTATE OF ROBERT JAY
BARNES; ROBERT MARKLEY;
PAMELA DETRAY; AMY POLLOCK, AS
SPECIAL ADMINISTRATRIX OF THE
ESTATE OF CHRISTOPHER WILLIAM
MARKLEY; DURANGO TRANSPORT,
LLC; AND JOSE MIGUEL HERRERA,
Real Parties in Interest.

No. 82874

FILED

SEP 1 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER APPROVING STIPULATION AND DISMISSING PETITION FOR A WRIT OF MANDAMUS*

The parties' stipulation to dismiss this writ petition, filed on August 18, 2021, is approved. This writ petition is dismissed. NRAP 42(b).

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26550

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 24
Lewis Roca Rothgerber Christie LLP/Las Vegas
Laird Law PLLC
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
The Truck Accident Law Firm
Eighth District Court Clerk